Arthur H. McKown, Jr., Plaintiff-Appellant, v. George J. McDonnell and Howard B. Quinn, Defendants-Appellees.

Gen. No. 48,290.

First District, Second Division.

May 23, 1961.

Gabriel J. Barrett, of Chicago, for appellant; Finn, Van Mell & Penney, of Chicago (Norton L. Penney, of counsel) for appellee. Opinion by JUSTICE BRYANT. Not to be published in full.